IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

 vs.                             NO. 08 CV 479  RB/WDS
                                   NO. 04 CR 852  RB

ALEJANDRO ESPINOZA, a/k/a
MIGUEL ANGEL MANZO

        Defendant/Petitioner

## ORDER

**THIS MATTER** came before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255. (Document No. 1)  Respondent filed a response in opposition to the motion. (Document No. 12)  Petitioner filed a reply to the government's response. (Document No. 18)  Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, and Petitioner's objections thereto, and being otherwise fully advised, I find that the Motion to Vacate, Set Aside, or Correct Sentence should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 is **DENIED** and this matter is dismissed.

                                                              _____
                                                             **ROBERT C. BRACK**
                                                             **United States District Judge**