# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

 vs.                                     NO. 08 CV 479  RB/WDS
                                              NO. 04 CR 852  RB

ALEJANDRO ESPINOZA, a/k/a
MIGUEL ANGEL MANZO

      Defendant/Petitioner

## ORDER

**THIS MATTER** came before the Court on Petitioner's Motion to Alter or Amend Judgment.  (Document No. 27)   Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, and Petitioner's objections thereto, and being otherwise fully advised, I find that the Motion to Alter or Amend Judgment should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Alter or Amend Judgment is **DENIED** and this matter is dismissed.

_____
**ROBERT BRACK**
**United States District Judge**